Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 29 AM 11: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: g DEPUTY

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and STEADFAST INSURANCE COMPANY, a Delaware corporation,

vs

MICHAEL L. PHILPOT, an individual; VIRGINIA B. HIRSCH, an individual; JOHN B. KUYKENDALL, an individual; RENE ALEJANDRO LACAPE, an individual; C. RICHIE MCNAMEE, an individual; and NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1588 DMS NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Edwin J. Richards, SBN 43855
Christopher D. Glos, SBN 210877
KUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612 Telephone: (949) 417-0971; Fax: (949) 417-5394

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
(SEAL) J. PARIS

AUG 2 9 2008
DATE

By , Deputy Clerk